# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

UNITED STATES OF AMERICA

                                   Plaintiff,

v.                                                             Case No.: 1:25−cr−00283
                                                                  Honorable Martha M. Pacold

Jordan Roman

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 9, 2025:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: The Court has been informed that the parties wish to proceed with a change of plea before the District Judge. Accordingly, the 06/10/25 arraignment date before Magistrate Judge Holleb Hotaling is stricken; no appearance is necessary. Counsel shall jointly contact Judge Pacold's deputy regarding scheduling matters before the District Court. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.