**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 25 CR 283 |
| | ) | |
| **JORDAN ROMAN,** | ) | **The Honorable** |
| | ) | **Martha M. Pacold,** |
| **Defendant.** | ) | **Judge Presiding.** |

### UNOPPOSED MOTION TO CONTINUE SENTENCING

Now comes the defendant, JORDAN ROMAN, by and through his attorney, MARC M. BARNETT, and respectfully moves this Honorable Court to continue the sentencing date. In support of this motion, the Defendant states as follows:

1. On May 28, 2025, Mr. Roman was charged in an Information with wire fraud. (Dkt. No. 1)

2. On July 9, 2025, Mr. Roman waived indictment and entered a plea of guilty. (Dkt. Nos. 10 and 11)

3. On July 25, 2025, this Honorable Court scheduled sentencing for December 17, 2025 at 10:00 a.m. (Dkt. No. 12)

4. Counsel requests a continuance for a change of the sentencing hearing based upon a family medical situation out of state.

5. Counsel has contacted the prosecutor in this matter and the Government does not oppose this motion.

WHEREFORE, the defendant moves this Honorable Court to continue the sentencing hearing for approximately 30 days to a date and time convenient for this Honorable Court.

1

Respectfully submitted,

/s/ Marc M. Barnett
Marc M. Barnett
53 W. Jackson Boulevard
Suite 1442
Chicago, IL 60604
(312) 629-1778

**CERTIFICATE OF SERVICE**

I, Marc M. Barnett, the attorney for Jordan Roman, hereby certify that I filed the above-described document on the CM-ECF system of the United States District Court for the Northern District of Illinois, which constitutes service of the same.

/s/ Marc M. Barnett
Marc M. Barnett
53 W. Jackson Boulevard
Suite 1442
Chicago, IL 60604
(312) 629-1778